■ SEA ACQUISITION CORP. et al., Respondents, v DANIEL W. LYMAN et al., Appellants, et al., Defendants.—Order unani-

mously affirmed with costs for the reasons stated in decision at Supreme Court, Miller, J. (Appeal from Order of Supreme Court, Onondaga County, Miller, J.—Dismiss Affirmative Defenses.) Present—Callahan, J. P., Doerr, Green, Pine and Lowery, JJ.